# Third District Court of Appeal

## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1028
Lower Tribunal No. F89-12383C

_____

**David Ingraham,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

The Law Office of Zirpoli Chase and Lindsay Chase (Hollywood), for petitioner.

John Guard, Acting Attorney General, and Linda Katz, Assistant Attorney General, for respondent.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Denied.  See Pedroza v. State, 291 So. 3d 541 (Fla. 2020); see also

Ingraham v. State, 314 So. 3d 715 (Fla. 3d DCA 2021).